22676. CATES et al. v. DUNCAN, administrator.

JENKINS, P. J. Under the answer of the Supreme Court to a question certified to it by this court, this case is one involving title to land, and, jurisdiction being in the Supreme Court, the cause is transferred to that court. *Cates* v. *Duncan,* 178 *Ga.* 748 (174 S. E. 380).

*Stephens and Sutton, JJ., concur.*

DECIDED MAY 22, 1934.

*W. L. Nix,* for plaintiffs in error.
*C. N. Davie, J. F. Kemp. Avery & Duncan,* contra.